# Exhibit 2

| US8065191 | Argo Vault Platform ("The accused instrumentality") |
|---|---|
| 10. A method of maintaining an account for purchase of at least one tangible commodity at a posted and locked-in price current at time of purchase and for delivery on-demand of the at least one tangible commodity regardless of a price current at time of delivery, the method including the steps of: | The accused instrumentality practices a method of maintaining an account (e.g., a user account) for purchase of at least one tangible commodity (e.g., a physical gold bar) at a posted and locked-in price current at time of purchase (e.g., a current market price of the gold during purchase) and for delivery on-demand (e.g., delivery of physical gold bar, etc.) of the at least one tangible commodity (e.g., a physical gold bar) regardless of a price current at time of delivery (e.g., a current market price of gold during redemption).<br><br>As shown below, the accused instrumentality allows users to buy and sell gold in digital form. When a user buys gold on the platform, each digital unit represents real physical metal stored in secure vaults in different locations. During the transaction, the price is fixed (locked-in) at the market rate at the exact time of purchase. When the user chooses to redeem the digital gold for physical metal, they receive that same quantity of gold, regardless of whether the market price has gone up or down since the time of purchase. |



https://www.argovault.com/

https://www.argovault.com/



https://www.argovault.com/

# Frequently Asked Questions

**Is the gold I buy online actually real?** Yes, absolutely. When you invest through a platform like Argo, you are buying direct ownership of physical, 24-karat gold. For every purchase you make, an equivalent amount of real gold is allocated to you and stored securely in a high-security, insured vault. It's not a stock or a symbolic investment; it's your claim on a real, tangible asset.

https://www.argovault.com/blog/convert-digital-gold-to-cash



https://www.argovault.com/individuals

# What we offer

Minimize counterparty risk, maximize flexibility, and preserve generational wealth through our innovative approach to precious metals investments.



## Gold Liquidation

Streamline gold-to-cash conversion with full transparency, global market access, and maximized returns.



## Direct Tangible & Physical Ownership

Bank-free sovereign storage ensures your gold remains fully under your control independent from the traditional banking system.



## Physical Redemption Option

You have the option to take physical possession of your allocated precious metals at any time via direct delivery.

delivery on-demand

https://www.argovault.com/institutional

## What Products and Services Does Argo Vault Offer?

Argo Vault offers a range of products and services centered around digital gold investment, including:

1. **Digital Gold Ownership** – Investors can buy and hold digital gold, which is backed by physical reserves stored in secure vaults.
2. **Gold Storage Services** – Gold holdings are stored in high-security, insured vaults managed by third-party providers.
3. **Buy and Sell Gold** – Users can trade digital gold on the platform 24/7.
4. **Physical Gold Redemption** – Investors have the option to convert their digital gold into physical gold bars or coins.
5. **Blockchain Verification** – Transactions are secured using blockchain technology to ensure transparency and ownership integrity.

https://www.reddit.com/r/IRAWealthStrategies/comments/1izjpwr/not_your_typical_argo_vault_digital_gold_reviews/

# Direct Ownership Through Online Platforms

This is the most straightforward way to own gold online. When you buy gold through a platform like Argo, you are purchasing real, physical gold that is allocated to you and held in a secure, insured vault. You don't have to worry about finding a safe place for it or verifying its purity yourself. This method makes gold accessible to everyone, allowing individuals to purchase small, fractional amounts that fit their budget. It combines the timeless security of owning a physical asset with the convenience of modern technology. You get all the benefits of gold ownership without any of the traditional hassles.

https://www.argovault.com/blog/invest-digital-gold-online

(e)    Price. The daily prices posted by Argo on the Platform represents the price at which a Customer can purchase or sell Interests from or to Argo, as applicable, and are based on Gold Bullion prices available to Argo through its market data provider plus applicable fees charged by Argo as set out in the Fee Schedule. The price at which a Customer may purchase Interests may be different than the price at which Interests may be sold and, therefore, Argo may earn revenue as a result of these transactions.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf



2. Enter a desired purchase amount, or specify a quantity of gold you wish to buy. We will calculate the details of your purchase.

https://www.argovault.com/investing/how-do-i-buy-gold



https://cdn.prod.website-files.com/673f5d6389284398e26dc274%2F67d861c737182835ece0d642_phone%20updated-1-poster-00001.jpg



## NEW FEATURES

We have introduced the full spectrum of features needed to execute safe and transparent gold trades on the platform. Added functions included purchase, sale, and redemption of physical gold. Users can also calculate storage fees in real-time, get their gold allocated and reallocated by gold bars' serial numbers, and use a helpful support portal.

https://rndpoint.com/success-stories/digital-wallet-for-gold-trading/

| | |
|---|---|
| | Argo revolutionizes gold investment by combining the security of physical gold ownership with the convenience of digital access. It offers direct ownership backed 1:1 by physical metals stored in world-class vaulting and insurance. With lower storage fees(0.12% for gold), mobile trading access, zero commission fees and transparent real-time pricing, Argo delivers a cost-effective, secure and flexible solution for gold investors.<br><br>For long-term investors, Argo's fee structure results in significant savings compared to ETFs. Over a 20-year period, investors using Argo can save approximately $12,690 compared to traditional Gold ETFs, thanks to the lower fees. Additionally, Argo eliminates counterparty risk and allows users to convert their digital holdings into physical gold upon request.<br>https://www.argovault.com/argo-vs-gold-etfs |
| establishing, using a computer-based system, a bulk refillable account for an individual user; | The accused instrumentality practices establishing, using a computer-based system (e.g., a server of the accused instrumentality), a bulk refillable account (e.g., an account of a user) for an individual user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows a user to create an account for storing digital gold. Also, the user account is refilled by making additional purchases, transfers, etc. |



https://www.argovault.com/

## Direct Ownership Through Online Platforms

This is the most straightforward way to own gold online. When you buy gold through a platform like Argo, you are purchasing real, physical gold that is allocated to you and held in a secure, insured vault. You don't have to worry about finding a safe place for it or verifying its purity yourself. This method makes gold accessible to everyone, allowing individuals to purchase small, fractional amounts that fit their budget. It combines the timeless security of owning a physical asset with the convenience of modern technology. You get all the benefits of gold ownership without any of the traditional hassles.

https://www.argovault.com/blog/invest-digital-gold-online

As shown below, the accused instrumentality allows the user to create an account for making purchases, transfers, etc.



https://www.argovault.com/individuals

(a)  Customer Account Opening. Upon Argo's approval and acceptance of an Application through the Platform, the Retail or Institutional Customer shall be provided with access to a customer account, which shall contain the Cash Accounts and a Gold Account (the "**Customer Account**"). Once the Customer Account has been opened, the Customer will also be granted access to the Platform, which will enable the Customer to load funds into its Cash Accounts, view available funds in its Cash Accounts, submit Price Requests, Sell Requests, and/or Delivery Requests, purchase Interests and pay fees, view its Gold Account and any other transactions permitted, or functionality provided, by Argo.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

| | |
|---|---|
| | Gold Account. Interests of a Customer will be recorded in a Ledger provided and maintained by Argo and available on the Platform, which shall indicate each of the Customer's transactions in respect of its purchases of Interests and the Customer's Interests denominated in 0.001 of an Ounce (the "**Gold Account**"). The Gold Account may be accessed through the Platform.<br><br>https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf |



https://www.argovault.com/investing/how-do-i-buy-gold

| establishing, by the computer-based system, a current account balance for each | The accused instrumentality practices establishing, by the computer-based system (e.g., a server of the accused instrumentality), a current account balance (e.g., total quantity) for each commodity (e.g., gold etc.) in quantity units (e.g., ounces, grams, etc.).

As shown below, the accused instrumentality displays existing balance for each commodity |

| commodity in quantity units; | such as gold in specific quantity units. |
|---|---|
| | <br><br>https://www.argovault.com/blog/invest-digital-gold-online<br><br><br><br>https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf<br><br>As shown below, the accused instrumentality displays existing balance for each commodity such as gold in specific quantity units. |



https://www.argovault.com/investing/how-do-i-buy-gold

| accessing, by the computer-based system, the account by the | The accused instrumentality practices accessing, by the computer-based system (e.g., a server of the accused instrumentality), the account (e.g., a user's account) by the user (e.g., a user of the accused instrumentality). |
|---|---|

| user; | As shown below, the accused instrumentality allows the user to view their account.<br><br>(a)    **Customer Account Opening**. Upon Argo's approval and acceptance of an Application through the Platform, the Retail or Institutional Customer shall be provided with access to a customer account, which shall contain the Cash Accounts and a Gold Account (the "**Customer Account**"). Once the Customer Account has been opened, the Customer will also be granted access to the Platform, which will enable the Customer to load funds into its Cash Accounts, view available funds in its Cash Accounts, submit Price Requests, Sell Requests, and/or Delivery Requests, purchase Interests and pay fees, view its Gold Account and any other transactions permitted, or functionality provided, by Argo.<br><br>https://cdn.prod.website-files.com/ 673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client %20Agreement%20Argo-09162024%20(1).pdf |
|---|---|

"**Ledger**" means an in-house private permissioned electronic register operated by Argo.

"**Ounce**" means troy ounce, a measurement of weight equivalent to 31.1034768 grams.

"**Platform**" means the Argo digital platform, that can be accessed at www.argovault.com or via API integration for institutional customer(s), which (i) allows Customers to acquire fractional ownership of pooled physical gold represented by Interests recorded on a Ledger and (ii) provides evidence of ownership by Argo on its own behalf or as agent on behalf of its Customers of Gold Credits held in Pool Accounts with the Custodian.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

Gold Account. Interests of a Customer will be recorded in a Ledger provided and maintained by Argo and available on the Platform, which shall indicate each of the Customer's transactions in respect of its purchases of Interests and the Customer's Interests denominated in 0.001 of an Ounce (the "**Gold Account**"). The Gold Account may be accessed through the Platform.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf



https://www.argovault.com/investing/how-do-i-buy-gold

| transacting, by the computer-based system, for delivery of a selected tangible | The accused instrumentality practices transacting (e.g., an online transaction), by the computer-based system (e.g., a server of the accused instrumentality), for delivery (e.g., delivery at a user's selected location) of a selected tangible commodity (e.g., a physical gold bar, etc.), delivery being available on-demand at a plurality of specific locations (e.g., multiple US locations, etc.). |
|---|---|

| commodity, delivery being available on-demand at a plurality of specific locations; | As shown below, the accused instrumentality allows the user to redeem physical gold bar based on meeting withdrawal requirements. The user can request redeeming the physical gold bar to their specified location.  https://www.argovault.com/  https://www.argovault.com/ |



# What we offer

Minimize counterparty risk, maximize flexibility, and preserve generational wealth through our innovative approach to precious metals investments.



## Gold Liquidation

Streamline gold-to-cash conversion with full transparency, global market access, and maximized returns.



## Direct Tangible & Physical Ownership

Bank-free sovereign storage ensures your gold remains fully under your control independent from the traditional banking system.



## Physical Redemption Option

You have the option to take physical possession of your allocated precious metals at any time via direct delivery.

**delivery on-demand**

https://www.argovault.com/institutional

## What Products and Services Does Argo Vault Offer?

Argo Vault offers a range of products and services centered around digital gold investment, including:

1. **Digital Gold Ownership** – Investors can buy and hold digital gold, which is backed by physical reserves stored in secure vaults.
2. **Gold Storage Services** – Gold holdings are stored in high-security, insured vaults managed by third-party providers.
3. **Buy and Sell Gold** – Users can trade digital gold on the platform 24/7.
4. **Physical Gold Redemption** – Investors have the option to convert their digital gold into physical gold bars or coins.
5. **Blockchain Verification** – Transactions are secured using blockchain technology to ensure transparency and ownership integrity.

https://www.reddit.com/r/IRAWealthStrategies/comments/1izjpwr/not_your_typical_argo_vault_digital_gold_reviews/

As shown below, the accused instrumentality allows the user to redeem the physical gold bar to a specified location.

# Taking Physical Delivery of Your Gold

If you decide you want to hold your gold yourself, you can request to take physical delivery. This process converts your allocated holdings in the vault into actual gold bars or coins, which are then securely shipped to your address. It's a seamless way to transition from a managed investment to a personal possession. Most platforms make this process simple, allowing you to initiate a delivery request directly from your account dashboard. This is an excellent option for investors who have reached a specific savings goal or who prefer to manage their own physical assets for the long term. It confirms that your investment was always backed by real, tangible gold, giving you complete control over your wealth.

https://www.argovault.com/blog/convert-digital-gold-to-cash

**Redemption for Gold Bars; Delivery Requests.**

(a) Delivery Request. If the Customer holds Interests equal in the aggregate to 0.01 Ounces the Customer may request through the Platform that Argo make available for Delivery to the Customer. To effectively request Delivery of Gold Credits, a Customer must: (a) have an authenticated Customer Account; (b) submit to Argo a Delivery Request through the Platform requesting that Argo arrange for the delivery of the desired quantity of Gold Bullion or Gold Credits to the Customer and; (c) pay any unpaid delivery fee or other fees.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

(b)    Timing. Argo will use reasonable efforts to execute a Delivery Request and arrange to have physical Gold Bars or Fractional Gold available for shipment to a Customer within a reasonable timeframe after the Customer provides a valid Delivery Request and otherwise satisfies the requirements of subsection (a), provided however that this is an estimate only and such timeline to meet and execute a Delivery request will ultimately depend upon the Custodian. Shipping may be dependent and/or reliant on a third party inventory provider which Customer agrees is not within the legal control of Argo.  Argo will not be liable for any damages, costs and/or expenses which may be sustained by the Customer arising out third party inventory provider delays.

(c)    Place of Delivery. Delivery of the Gold Bars and/or Fractional Gold  will take place by shipment to a registered address in Canada provided by the Customer in the Delivery Request. Such address must correspond to the authenticated Customer Account address on record with Argo.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

(b)    Deliverable Gold. Gold will be deliverable in a range of physical formats, from a minimum of 1/10 of one ounce of fine gold to 400 ozs of fine gold, according to industry standards. Deliverable Gold will (i) have a minimum fineness of 995 parts per 1000;  (ii) have been fabricated by a metal refiner included in the London Bullion Market Association's good delivery list of acceptable refiners of gold, and (iii) bear basic identification markings that are recognized and accepted for trading on Canadian and United States financial markets, such as the hallmark of the metal refiner that produced it and a stamp indicating its fineness and weight.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf



https://rndpoint.com/success-stories/digital-wallet-for-gold-trading/

| adjusting, by the computer-based system, the current balance for the selected commodity in response to the | The accused instrumentality practices adjusting, by the computer-based system (e.g., a server of the accused instrumentality), the current balance (e.g., a total quantity) for the selected commodity (e.g., gold) in response to the transacting (e.g., an online transaction). As shown below, the accused instrumentality allows the user to redeem physical gold bar based on meeting withdrawal requirements. The user can request redeeming the physical gold bar to their specified location. It automatically updates the user's current commodity balance to |

| | |
|---|---|
| transacting, wherein the step of transacting includes the steps of: | reflect the change in quantity resulting from that transaction.<br><br>## Direct Ownership Through Online Platforms<br><br>This is the most straightforward way to own gold online. When you buy gold through a platform like Argo, you are purchasing real, physical gold that is allocated to you and held in a secure, insured vault. You don't have to worry about finding a safe place for it or verifying its purity yourself. This method makes gold accessible to everyone, allowing individuals to purchase small, fractional amounts that fit their budget. It combines the timeless security of owning a physical asset with the convenience of modern technology. You get all the benefits of gold ownership without any of the traditional hassles.<br><br>https://www.argovault.com/blog/invest-digital-gold-online<br><br>## What we offer<br><br>Minimize counterparty risk, maximize flexibility, and preserve generational wealth through our innovative approach to precious metals investments.<br><br> **Gold Liquidation**<br>Streamline gold-to-cash conversion with full transparency, global market access, and maximized returns.<br><br> **Direct Tangible & Physical Ownership**<br>Bank-free sovereign storage ensures your gold remains fully under your control independent from the traditional banking system.<br><br> **Physical Redemption Option**<br>You have the option to take physical possession of your allocated precious metals at any time via direct delivery.<br><br>**delivery on-demand**<br><br>https://www.argovault.com/institutional |



https://www.argovault.com/investing/how-do-i-buy-gold

"**Ledger**" means an in-house private permissioned electronic register operated by Argo.

"**Ounce**" means troy ounce, a measurement of weight equivalent to 31.1034768 grams.

"**Platform**" means the Argo digital platform, that can be accessed at www.argovault.com or via API integration for institutional customer(s), which (i) allows Customers to acquire fractional ownership of pooled physical gold represented by Interests recorded on a Ledger and (ii) provides evidence of ownership by Argo on its own behalf or as agent on behalf of its Customers of Gold Credits held in Pool Accounts with the Custodian.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

Gold Account. Interests of a Customer will be recorded in a Ledger provided and maintained by Argo and available on the Platform, which shall indicate each of the Customer's transactions in respect of its purchases of Interests and the Customer's Interests denominated in 0.001 of an Ounce (the "**Gold Account**"). The Gold Account may be accessed through the Platform.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

| | |
|---|---|
| | (iii) Once the Customer submits a Price Request, the purchase price for the requested Interests to be purchased will be presented to the Customer through the Platform. The Customer will also be presented with the amount of any fees associated with such a transaction. The fee schedule is embedded in the FAQ section in the buy/sell page. Once the Customer confirms the purchase at the price and fees presented, Argo will debit the purchase price funds from the Customer's Cash Account selected by the Customer (depending on whether the Customer wishes to pay in U.S. or CAD dollars), and credit the Interests to the Customer's Gold Account and then credit the purchase price funds to Argo's operating account. The transaction will be marked as "Pending" in the Customer's Gold Account until completed, at which point the record in the Customer's Gold Account will be reflected as "Completed".<br><br>https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf<br><br>As shown below, the accused instrumentality updates the current amount balance for an exemplary transaction. |



[https://www.argovault.com/investing/how-do-i-buy-gold](https://www.argovault.com/investing/how-do-i-buy-gold)

| purchasing, by the computer-based system, a purchase quantity of the selected commodity at the price at time of purchase to lock-in said price at | The accused instrumentality practices purchasing, by the computer-based system (e.g., a server of the accused instrumentality), a purchase quantity (e.g., ounces, grams, etc.) of the selected commodity (e.g., gold) at the price at time of purchase to lock-in said price (e.g., a current market price at time of purchase) at time of purchase for subsequent delivery (e.g., delivery at a specific location) and redemption (e.g., redeeming physical gold). As shown below, the accused instrumentality allows a user to purchase a specific amount of gold at the current market price, and that price is fixed at the time of purchase. The quantity bought is recorded in the user's account and the user can redeem that same amount of physical |

| | |
|---|---|
| time of purchase for subsequent delivery and redemption, | metal, based on the quantity originally purchased.<br><br><br><br>https://www.argovault.com/<br><br>(d)    <u>Purchase of Interests; Price Request</u>.<br><br>(i)    The Customer will have the ability to purchase legal and beneficial ownership interests in Gold Credits, on a principal basis, held in the Pool Accounts ("**Interests**") through funds in its Cash Accounts. The Customer must have funds in the relevant Cash Account prior to submitting a Price Request, which funds are sufficient to pay the transaction purchase price and any fees arising in respect of such transaction.<br><br>(ii)    Interests will be denominated in 0.001 Ounces of a Gold Credit, with a minimum purchase of $5 (USD or CAD). Such minimum purchase requirements may be changed at any time by Argo in its sole discretion, in accordance with Section 9(e)(Amendment).<br><br>https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client |

%20Agreement%20Argo-09162024%20(1).pdf

(e)    Price. The daily prices posted by Argo on the Platform represents the price at which a Customer can purchase or sell Interests from or to Argo, as applicable, and are based on Gold Bullion prices available to Argo through its market data provider plus applicable fees charged by Argo as set out in the Fee Schedule. The price at which a Customer may purchase Interests may be different than the price at which Interests may be sold and, therefore, Argo may earn revenue as a result of these transactions.

https://cdn.prod.website-files.com/
673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client
%20Agreement%20Argo-09162024%20(1).pdf

| | |
|---|---|
| | (iii) Once the Customer submits a Price Request, the purchase price for the requested Interests to be purchased will be presented to the Customer through the Platform. The Customer will also be presented with the amount of any fees associated with such a transaction. The fee schedule is embedded in the FAQ section in the buy/sell page. Once the Customer confirms the purchase at the price and fees presented, Argo will debit the purchase price funds from the Customer's Cash Account selected by the Customer (depending on whether the Customer wishes to pay in U.S. or CAD dollars), and credit the Interests to the Customer's Gold Account and then credit the purchase price funds to Argo's operating account. The transaction will be marked as "Pending" in the Customer's Gold Account until completed, at which point the record in the Customer's Gold Account will be reflected as "Completed". |

https://cdn.prod.website-files.com/
673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client
%20Agreement%20Argo-09162024%20(1).pdf

As shown below, the accused instrumentality allows the user to purchase certain ounces of gold at a current market price (e.g., a locked-in price).

# How Do I Buy Gold?

To own valuable assets, simply purchase precious metals.
You can purchase precious metals by previously replenishing your Argo balance with funds.

**NOTE:** You can discover the current fees and limits by navigating to the limits and fees section.

1. Sign in to your Argo account and click Buy.



https://www.argovault.com/investing/how-do-i-buy-gold



2. Enter a desired purchase amount, or specify a quantity of gold you wish to buy. We will calculate the details of your purchase.

https://www.argovault.com/investing/how-do-i-buy-gold



https://rndpoint.com/success-stories/digital-wallet-for-gold-trading/



You can view your purchase transaction details either in the transaction table within the Transaction section or in the My Assets section.

https://www.argovault.com/investing/how-do-i-buy-gold

| | |
|---|---|
| redeeming, by the computer-based system, subsequently a redeemed quantity of the selected commodity at a subsequent date, | The accused instrumentality practices redeeming (e.g., redemption of physical gold bar), by the computer-based system (e.g., a server of the accused instrumentality), subsequently a redeemed quantity (e.g., amount of gold to be redeemed, etc.) of the selected commodity (e.g., gold) at a subsequent date (e.g., a transaction date), the redeemed quantity (e.g., amount of gold to be redeemed, etc.) being at least a portion of the current balance (e.g., available amount balance).<br><br>As shown below, the accused instrumentality allows users to redeem physical gold bar to a user's desired location. The quantity redeemed must be at least a portion of the balance |

| the redeemed quantity being at least a portion of the current balance; | currently held in the account and must also satisfy the applicable minimum withdrawal requirements. Upon completion of the redemption, the corresponding quantity is deducted from the account, and delivery of the physical metal is arranged in accordance with the platform's procedures.  https://www.argovault.com/ |

# What we offer



Minimize counterparty risk, maximize flexibility, and preserve generational wealth through our innovative approach to precious metals investments.



## Gold Liquidation

Streamline gold-to-cash conversion with full transparency, global market access, and maximized returns.



## Direct Tangible & Physical Ownership

Bank-free sovereign storage ensures your gold remains fully under your control independent from the traditional banking system.



## Physical Redemption Option

You have the option to take physical possession of your allocated precious metals at any time via direct delivery.

**delivery on-demand**

https://www.argovault.com/institutional

## What Products and Services Does Argo Vault Offer?

Argo Vault offers a range of products and services centered around digital gold investment, including:

1. **Digital Gold Ownership** – Investors can buy and hold digital gold, which is backed by physical reserves stored in secure vaults.
2. **Gold Storage Services** – Gold holdings are stored in high-security, insured vaults managed by third-party providers.
3. **Buy and Sell Gold** – Users can trade digital gold on the platform 24/7.
4. **Physical Gold Redemption** – Investors have the option to convert their digital gold into physical gold bars or coins.
5. **Blockchain Verification** – Transactions are secured using blockchain technology to ensure transparency and ownership integrity.

https://www.reddit.com/r/IRAWealthStrategies/comments/1izjpwr/not_your_typical_argo_vault_digital_gold_reviews/

# Taking Physical Delivery of Your Gold

If you decide you want to hold your gold yourself, you can request to take physical delivery. This process converts your allocated holdings in the vault into actual gold bars or coins, which are then securely shipped to your address. It's a seamless way to transition from a managed investment to a personal possession. Most platforms make this process simple, allowing you to initiate a delivery request directly from your account dashboard. This is an excellent option for investors who have reached a specific savings goal or who prefer to manage their own physical assets for the long term. It confirms that your investment was always backed by real, tangible gold, giving you complete control over your wealth.

https://www.argovault.com/blog/convert-digital-gold-to-cash

**Redemption for Gold Bars; Delivery Requests.**

(a)    Delivery Request. If the Customer holds Interests equal in the aggregate to 0.01 Ounces the Customer may request through the Platform that Argo make available for Delivery to the Customer.  To effectively request Delivery of Gold Credits, a Customer must: (a) have an authenticated Customer Account; (b) submit to Argo a Delivery Request through the Platform requesting that Argo arrange for the delivery of the desired quantity of Gold Bullion or Gold Credits to the Customer and; (c) pay any unpaid delivery fee or other fees.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

(b)    Timing. Argo will use reasonable efforts to execute a Delivery Request and arrange to have physical Gold Bars or Fractional Gold available for shipment to a Customer within a reasonable timeframe after the Customer provides a valid Delivery Request and otherwise satisfies the requirements of subsection (a), provided however that this is an estimate only and such timeline to meet and execute a Delivery request will ultimately depend upon the Custodian. Shipping may be dependent and/or reliant on a third party inventory provider which Customer agrees is not within the legal control of Argo.  Argo will not be liable for any damages, costs and/or expenses which may be sustained by the Customer arising out third party inventory provider delays.

(c)    Place of Delivery. Delivery of the Gold Bars and/or Fractional Gold  will take place by shipment to a registered address in Canada provided by the Customer in the Delivery Request. Such address must correspond to the authenticated Customer Account address on record with Argo.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

| | |
|---|---|
| | (b)    Deliverable Gold. Gold will be deliverable in a range of physical formats, from a minimum of 1/10 of one ounce of fine gold to 400 ozs of fine gold, according to industry standards. Deliverable Gold will (i) have a minimum fineness of 995 parts per 1000; (ii) have been fabricated by a metal refiner included in the London Bullion Market Association's good delivery list of acceptable refiners of gold, and (iii) bear basic identification markings that are recognized and accepted for trading on Canadian and United States financial markets, such as the hallmark of the metal refiner that produced it and a stamp indicating its fineness and weight.<br><br>https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf |



https://rndpoint.com/success-stories/digital-wallet-for-gold-trading/

| identifying a zone for redemption for the account balance of each commodity, identifying at least another | The accused instrumentality practices identifying a zone (e.g., a first delivery location) for redemption (e.g., redeeming physical gold bar) for the account balance (e.g., a current amount balance) of each commodity (e.g., gold), identifying at least another zone (e.g., a second delivery location) of redemption (e.g., redeeming physical gold bar), and converting (e.g., setting a different location) at least a portion of the account balance of at least one commodity to an account balance (e.g., a current amount balance) for the another zone (e.g., a different location) of redemption (e.g., redeeming physical gold bar). |
|---|---|

| | |
|---|---|
| zone of redemption, and converting at least a portion of the account balance of at least one commodity to an account balance for the another zone of redemption; and | As shown below, a delivery location (or redemption zone) is selected by the user for redeeming the physical gold corresponding to the user's account balance. The accused instrumentality also allows user to redeem gold in another delivery location. Redemption in different zones involve different applicable charges, including shipping costs, local taxes, etc. depending on the destination and regulatory requirements. These costs are included in accordance with the selected delivery location.<br><br><br><br>https://www.argovault.com/ |

# What we offer



Minimize counterparty risk, maximize flexibility, and preserve generational wealth through our innovative approach to precious metals investments.



## Gold Liquidation

Streamline gold-to-cash conversion with full transparency, global market access, and maximized returns.



## Direct Tangible & Physical Ownership

Bank-free sovereign storage ensures your gold remains fully under your control independent from the traditional banking system.



## Physical Redemption Option

You have the option to take physical possession of your allocated precious metals at any time via direct delivery.

**delivery on-demand**

https://www.argovault.com/institutional

## What Products and Services Does Argo Vault Offer?

Argo Vault offers a range of products and services centered around digital gold investment, including:

1. **Digital Gold Ownership** – Investors can buy and hold digital gold, which is backed by physical reserves stored in secure vaults.
2. **Gold Storage Services** – Gold holdings are stored in high-security, insured vaults managed by third-party providers.
3. **Buy and Sell Gold** – Users can trade digital gold on the platform 24/7.
4. **Physical Gold Redemption** – Investors have the option to convert their digital gold into physical gold bars or coins.
5. **Blockchain Verification** – Transactions are secured using blockchain technology to ensure transparency and ownership integrity.

https://www.reddit.com/r/IRAWealthStrategies/comments/1izjpwr/not_your_typical_argo_vault_digital_gold_reviews/

# Taking Physical Delivery of Your Gold

If you decide you want to hold your gold yourself, you can request to take physical delivery. This process converts your allocated holdings in the vault into actual gold bars or coins, which are then securely shipped to your address. It's a seamless way to transition from a managed investment to a personal possession. Most platforms make this process simple, allowing you to initiate a delivery request directly from your account dashboard. This is an excellent option for investors who have reached a specific savings goal or who prefer to manage their own physical assets for the long term. It confirms that your investment was always backed by real, tangible gold, giving you complete control over your wealth.

https://www.argovault.com/blog/convert-digital-gold-to-cash

**Redemption for Gold Bars; Delivery Requests.**

(a)    Delivery Request. If the Customer holds Interests equal in the aggregate to 0.01 Ounces the Customer may request through the Platform that Argo make available for Delivery to the Customer.  To effectively request Delivery of Gold Credits, a Customer must: (a) have an authenticated Customer Account; (b) submit to Argo a Delivery Request through the Platform requesting that Argo arrange for the delivery of the desired quantity of Gold Bullion or Gold Credits to the Customer and; (c) pay any unpaid delivery fee or other fees.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

(b)    Timing. Argo will use reasonable efforts to execute a Delivery Request and arrange to have physical Gold Bars or Fractional Gold available for shipment to a Customer within a reasonable timeframe after the Customer provides a valid Delivery Request and otherwise satisfies the requirements of subsection (a), provided however that this is an estimate only and such timeline to meet and execute a Delivery request will ultimately depend upon the Custodian. Shipping may be dependent and/or reliant on a third party inventory provider which Customer agrees is not within the legal control of Argo.  Argo will not be liable for any damages, costs and/or expenses which may be sustained by the Customer arising out third party inventory provider delays.

(c)    Place of Delivery. Delivery of the Gold Bars and/or Fractional Gold  will take place by shipment to a registered address in Canada provided by the Customer in the Delivery Request. Such address must correspond to the authenticated Customer Account address on record with Argo.

https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf

| | |
|---|---|
| | (b) **Deliverable Gold.** Gold will be deliverable in a range of physical formats, from a minimum of 1/10 of one ounce of fine gold to 400 ozs of fine gold, according to industry standards. Deliverable Gold will (i) have a minimum fineness of 995 parts per 1000; (ii) have been fabricated by a metal refiner included in the London Bullion Market Association's good delivery list of acceptable refiners of gold, and (iii) bear basic identification markings that are recognized and accepted for trading on Canadian and United States financial markets, such as the hallmark of the metal refiner that produced it and a stamp indicating its fineness and weight.<br><br>https://cdn.prod.website-files.com/673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client%20Agreement%20Argo-09162024%20(1).pdf |



https://rndpoint.com/success-stories/digital-wallet-for-gold-trading/

| permitting, by the computer-based system, access to the account for repeating the step of transacting. | The accused instrumentality practices permitting, by the computer-based system (e.g., a server of the accused instrumentality), access to the account (e.g. a user's account) for repeating the step of transacting (e.g., an online transaction).<br><br>As shown below, the accused instrumentality allows users to repeat transactions such as purchasing, redemption, etc. based on meeting the minimum requirements. |



# What we offer

Minimize counterparty risk, maximize flexibility, and preserve generational wealth through our innovative approach to precious metals investments.



## Gold Liquidation

Streamline gold-to-cash conversion with full transparency, global market access, and maximized returns.



## Direct Tangible & Physical Ownership

Bank-free sovereign storage ensures your gold remains fully under your control independent from the traditional banking system.



## Physical Redemption Option

You have the option to take physical possession of your allocated precious metals at any time via direct delivery.

**delivery on-demand**

https://www.argovault.com/institutional

## What Products and Services Does Argo Vault Offer?

Argo Vault offers a range of products and services centered around digital gold investment, including:

1. **Digital Gold Ownership** – Investors can buy and hold digital gold, which is backed by physical reserves stored in secure vaults.
2. **Gold Storage Services** – Gold holdings are stored in high-security, insured vaults managed by third-party providers.
3. **Buy and Sell Gold** – Users can trade digital gold on the platform 24/7.
4. **Physical Gold Redemption** – Investors have the option to convert their digital gold into physical gold bars or coins.
5. **Blockchain Verification** – Transactions are secured using blockchain technology to ensure transparency and ownership integrity.

https://www.reddit.com/r/IRAWealthStrategies/comments/1izjpwr/not_your_typical_argo_vault_digital_gold_reviews/

(d)    <u>Purchase of Interests; Price Request</u>.

(i)    The Customer will have the ability to purchase legal and beneficial ownership interests in Gold Credits, on a principal basis, held in the Pool Accounts ("**Interests**") through funds in its Cash Accounts. The Customer must have funds in the relevant Cash Account prior to submitting a Price Request, which funds are sufficient to pay the transaction purchase price and any fees arising in respect of such transaction.

(ii)    Interests will be denominated in 0.001 Ounces of a Gold Credit, with a minimum purchase of $5 (USD or CAD). Such minimum purchase requirements may be changed at any time by Argo in its sole discretion, in accordance with Section 9(e)(Amendment).

https://cdn.prod.website-files.com/ 673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client %20Agreement%20Argo-09162024%20(1).pdf

# How Do I Buy Gold?

To own valuable assets, simply purchase precious metals.

You can purchase precious metals by previously replenishing your Argo balance with funds.

**NOTE:** You can discover the current fees and limits by navigating to the limits and fees section.

   1. Sign in to your Argo account and click Buy.



https://www.argovault.com/investing/how-do-i-buy-gold

## Redemption for Gold Bars; Delivery Requests.

(a)     Delivery Request. If the Customer holds Interests equal in the aggregate to 0.01 Ounces the Customer may request through the Platform that Argo make available for Delivery to the Customer.  To effectively request Delivery of Gold Credits, a Customer must: (a) have an authenticated Customer Account; (b) submit to Argo a Delivery Request through the Platform requesting that Argo arrange for the delivery of the desired quantity of Gold Bullion or Gold Credits to the Customer and; (c) pay any unpaid delivery fee or other fees.

https://cdn.prod.website-files.com/
673f5d6389284398e26dc274/67786ef6ab3a84e8588d090c_Argo%20-%20Client

%20Agreement%20Argo-09162024%20(1).pdf



https://rndpoint.com/success-stories/digital-wallet-for-gold-trading/